930 A.2d 1250

### GENERAL REFRACTORIES COMPANY

v.

### INSURANCE COMPANY OF NORTH AMERICA, CCI Insurance Company (as Successor to Insurance Company of North America), Century Indemnity Company (as Successor to CCI Insurance Company, as Successor to Insurance Company of North America)

**Petition of Fisher Scientific Company, L.L.C.**

**No. 130 EM 2006.**

Supreme Court of Pennsylvania.

Aug. 2, 2007.

## *ORDER*

PER CURIAM.

AND NOW, this 2nd day of August, 2007, the Application For Leave To File Brief Of Amicus Curiae by Fisher Scientific Company L.L.C. In Support Of General Refractories Company's Petition for Allowance of Appeal is hereby DENIED.